■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TALARICO, Appellant. [797 NYS2d 342]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered February 6, 2003. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Pine, JJ.